**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PATRICIA DILLON,

                Plaintiff,                              21 **CIVIL** 7398 (VF)

        -v-                                          **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 28, 2023, Dillon's motion for summary judgment is DENIED, and the Commissioner's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 28, 2023

                                                            **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                 **BY:**    K. Mango

                                                               **Deputy Clerk**